JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED ROSARIO SALVADOR, Plaintiff, v. KILOLO KIJAKAZI, Acting Commissioner of Social Security, Defendant. | Case No. CV 21-02297-SK **JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: July 18, 2022

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE